FILED IN
The Court of Appeals
Sixth District

DEC 2 8 2015

Texarkana, Texas

Debra K. Autrey, Clerk

RECEIVED IN
The Court of Appeals
Sixth District

DEC 2 8 2015

Texarkana, Texas
Debra Autrey, Clerk

Cause No. 06-15-00178-CR

| | | |
|---|---|---|
| LOUANNE LARSON Movant | § | IN THE COURT OF APPEALS |
| VS. | § | SIXTH APPELLATE DISTRICT |
| STATE OF TEXAS APPELLEE | § | TEXARKANA, TEXAS |
| | § | |

## FIRST MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS JUDGES:

COMES NOW, Louanne Larson, appellant, pro se, and respectfully moves the Court to extend the time for filing Appellant's Brief, and, in accordance with T.R.A.P. 73, submits the following:

1. Trial Court Case Number: 10,846

2. Style of Case: State of Texas VS. Louanne Larson

3. Trial Court: 115th District Court of Marion County, Texas

4. Offense: Capital Murder

5. Punishment Assessed: Life confinement in TDCJ to serve 35 calendar years before parole eligibility

6. Length of Extension Sought: 14 Days

7. Facts Relied Upon to Reasonably Explain the Need for an Extension: On December 14, 2015 response was received from the Court of Appeals District Clerk stating that the Trial Court's Reporter's Record Statements of Facts had not been received at yourr Honorable Court. The Motion For Forensic Trace Evidence Search and DNA Testing relies on the statements of facts volumes and page numbers therein to verify and prove the truth and accuracy of the matter, without which, the Court cannot

determine the facts. Secondly, I was informed the appellant's brief was due on or before December 09, 2015. I did not receive the letter until December 14, 2015 at the Mountain View Unit Mailroom, 5 days after the due date. I was not aware that an appellant's brief was required, as I relied on Texas Code of Criminal Procedure Article 64 and submitted the Motion and Accompanying Affidavit that contain the volume and page numbers to prove facts, state and federal case laws supporting my argument, exhibits, and documentation supporting the need for the Motion to granted and the trace evidence search and testing done. I did not intentionally or neglectfully fail to file the appellant's brief, I wasn't aware it was required. I beg the Court to grant the extension, or in the alternative, consider the Motion and Affidavit as appellant's brief. I throw myself on the mercy of the Honorable Court.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Court will extend the time within which to file Appellant's Brief for 14 days, or whichever time the Court finds reasonable and acceptable.

Respectfully submitted,

_Louanne Larson_

Louanne Larson TDCJ é649981, Pro se
Mountain View Unit
2305 Ransom Road
Gatesville, Texas 76528

UNSWORN DECLARATION

I, Louanne Larson, TDCJ No. 649981, being presently incarcerated in Texas Department of Criminal Justice, Mountain View Unit, 2305 Ransom Road, Gatesville, Coryell County, Texas,

Lau 649981

verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 14th day of December, 2015.

Respectfully submitted,

_Louanne Larson_

Louanne Larson TDCJ é649981, Pro se
Mountain View Unit
2305 Ransom Road
Gatesville, Texas 76528

## CERTIFICATE OF SERVICE

I, Louanne Larson, do hereby certify that a true and correct copy of the above and foregoing Motion Requesting Designation of Trial Statements of Facts and Other Documents has been forwarded by United States Mail, postage prepaid, first class, to the District Attorney for Marion County, Texas, 102 W. Austin St., Courthouse, Jefferson, Texas, 75657, on this the 14th day of December, 2015.

Respectfully submitted,

_Louanne Larson_

Louanne Larson, TDCJ é649981, Pro se
Mountain View Unit
2305 Ransom Road
Gatesville, Texas 76528

Cause No. 10,846

THE STATE OF TEXAS                  §        IN THE DISTRICT COURT

VS.                                 §        IN AND FOR

LOUANNE LARSON                      §        MARION COUNTY, TEXAS

                                    §

MOTION REQUESTING DESIGNATION
OF TRIAL STATEMENTS OF FACTS ON RECORD AND
OTHER LISTED DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW, Louanne Larson, Movant in the above styled and numbered cause, pro se, and requests that the Clerk of the Honorable Court make and prepare, as part of the record in the Appeal of this cause true and correct copies for the inclusion of the following matters;

1. All the Reporter's Record including all Statements of Facts of the entire trial of the above styled and numbered cause.

2. Copies of all Opinions, Orders, Rulings, and Letters of the record on file in this cause.

WHEREFORE, PREMISES CONSIDERED, the Movant respectfully prays that the Honorable Judge will grant and Order the Clerk of this Court to make and prepare, as a part of the Appeal of cause number 10,846, the second trial, and matter of record of the Second DNA Motion and send the stated records to the Sixth Court of Appels Clerk Debra K. Autry, to be presented to the Court of Appeals Judges for use in the determination of the facts in movant's DNA Motion and Affidavit appeal for the Sixth Court of Appeal Cause No. 6-15-00178-CR.

Respectfully submitted,

_Louanne Larson_
Louanne Larson TDCJ No. 649981
Pro se, Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528

_Lar 649981_

## UNSWORN DECLARATION

I, Louanne Larson, TDCJ No. 649981, being presently incarcerated in Texas Department of Criminal Justice, Mountain View Unit, 2305 Ransom Road, Gatesville, Coryell County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 14th day of December, 2015.

Respectfully submitted,

Louanne Larson TDCJ #649981, Pro se
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528

## CERTIFICATE OF SERVICE

I, Louanne Larson, do hereby certify that a true and correct copy of the above and foregoing Motion Requesting Designation of Trial Statements of Facts and Other Documents has been forwarded by United States Mail, postage prepaid, first class, to the District Attorney for Marion County, Texas, 102 W. Austin St., Courthouse, Jefferson, Texas, 75657, on this the 14th day of December, 2015.

Respectfully submitted,

Louanne Larson TDCJ #649981, Pro se
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528